```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

GEORGE WALTER BREWSTER, III,    *

    Plaintiff,              *

vs.                              *

MICHAEL NAIL, *et al.*,          *     CASE NO. 4:25-cv-19-CDL-AGH

    Defendants.             *

                                             *

_____

## O R D E R

    This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on December 29, 2025. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 28th day of January, 2026.

                                                  S/Clay D. Land
                                                  CLAY D. LAND
                                                  U.S. DISTRICT COURT JUDGE
                                                  MIDDLE DISTRICT OF GEORGIA